**Order entered August 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00130-CV

### SUSAN ASHTON, Appellant

### V.

### KOONSFULLER, P.C., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05346**

## ORDER

We **GRANT** appellant's August 9, 2016 unopposed motion for an extension of time to file a reply brief and extend the time to **AUGUST 25, 2016**.

/s/    ELIZABETH LANG-MIERS
         JUSTICE